**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Hubert Arvie
In Proper Person
1901 Knapp Street
Lake Charles LA 70601

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on March 6, 2024

**REHEARING ACTION: March 6, 2024**

**Docket Number: 22   00670-CA**

**HUBERT ARVIE**
**VERSUS**
**GEICO CASUALTY COMPANY, ET AL.**

**Appealed from Calcasieu Parish Case No. 2021-3843**

**<u>BEFORE JUDGES</u>:**

    **Hon. Van H. Kyzar**
    **Hon. Candyce G. Perret**
    **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Hubert Arvie** has this day been

    **DENIED.**

cc: James Huey Gibson, Counsel for the Appellee
   Anna M. Grand-Lege, Counsel for the Appellee
   Christopher J. Rinn, Counsel for  the Respondent
   Angela Arvie, In Proper Person